Southern Leasing Company v. Alfred Ludwig, Superintendent, etc.— Motion for reargument denied; motion for leave to appeal granted and questions certified as stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Joseph Cook. — Motion to dismiss appeal granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Kelso & Company v. Charles H. Ellis, Sr., and Another, Copartners, etc.— Motion granted and time within which to file and serve printed papers on appeal extended for thirty days from June 4, 1915, on condition that no other extension be applied for and that said papers be filed within the time now allowed. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Thomas H. Smith, an Attorney.— Referred to Hon. Henry A. Gildersleeve, official referee. Order to be settled on notice.— Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Vulcan Detinning Company, Respondent, Appellant, v. Franz A. Assmann and Others, Appellants, Respondents, Impleaded with Others.— Order affirmed on defendants' appeal, but modified on plaintiff's appeal by denying motion to require particulars as to the demands numbered 3, 8 and 9, and as modified affirmed, with ten dollars costs and disbursements to plaintiff. No opinion. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

James W. Howard, Appellant, v. The City of New York, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Daniel Ignatowitz, Appellant. v. Benjamin Werbelovsky and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Teresa M. Donnelly, as Ancillary Executrix, etc., Appellant, v. H. C. & A. I. Piercy Contracting Company, Respondent.— Judgment affirmed, with costs on prevailing opinion on former appeal (161 App. Div. 864). Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Laughlin and Clarke, JJ., dissented on former opinion of Laughlin, J.

Alice Ford, as Administratrix, etc., Respondent, v. New York, New Haven and Hartford Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Berhard Latiner, Respondent, v. Wonderland Amusement Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.